*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**DeAndre A. HARRISON**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202400158**

————————————

Decided: 11 December 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Matthew M. Harris (arraignment)
Douglas C. Hatch (trial)

Sentence adjudged 14 February 2024 by a special court-martial tried at Marine Corps Air Ground Combat Center, Twentynine Palms, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, 90 days of confinement, and a bad-conduct discharge.[1] The convening authority suspended the bad-conduct discharge for a period of six months pursuant to the military judge's recommendation.

---

[1] Appellant received six days of pretrial confinement credit.

Opinion of the Court

For Appellant:
*Commander Jesse A. Schaefer, JAGC, USN*

––––––––––––––––––––––

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

––––––––––––––––––––––

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2] However, we note that the Entry of Judgment does not adequately reflect the dates of the charges and specifications, nor the specific nature of the orders Appellant was charged with violating.[3] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[4] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

––––––––––––––––––––––

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Wadaa*, 84 M.J. 652 (N-M. Ct. Crim. App. 2024).

[4] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400158 |
| **v.** | **ENTRY OF JUDGMENT** |
| **DeAndre A. HARRISON**<br>**Private First Class (E-2)**<br>**U.S. Marine Corps**<br>*Accused* | *As Modified on Appeal*<br><br>**11 December 2024** |

On 14 February 2023, the Accused was tried at Marine Corps Air Ground Combat Center, Twentynine Palms, California, by a special court-martial, consisting of a military judge sitting alone. Military Judge Douglas C. Hatch presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 86, Uniform Code of Military Justice, 10 U.S.C. § 886.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **Failure to go to appointed place of duty on or about 6 March 2023.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and dismissed.

**Specification 2:** **Failure to go to appointed place of duty on or about 20 June 2023.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and dismissed.

**Specification 3:** **Failure to go to appointed place of duty on or about 2 August 2023.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and dismissed.

**Specification 4:** **Failure to go to appointed place of duty on or about 3 August 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 5:** **Failure to go to appointed place of duty on or about 17 August 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 6:** **Failure to go to appointed place of duty on or about 21 August 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 7:** **Failure to go to appointed place of duty on or about 26 August 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 8:** **Failure to go to appointed place of duty on or about 28 August 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge II:** **Violation of Article 90, Uniform Code of Military Justice, 10 U.S.C. § 890.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Willfully disobey a superior commissioned officer on or about 18 August 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Charge III:** **Violation of Article 91, Uniform Code of Military Justice, 10 U.S.C. § 891.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Willfully disobey a non-commissioned officer on divers occasions or about 27 June 2023 and 18 September 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Charge IV:  Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:  Violate other written order: to wit paragraph 9.g Bachelor Enlisted Quarters Regulation dated 7 February 2022 on divers occasions between or about 26 June 2023 and on or about 18 September 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:  Violate other written order: to wit paragraph 9.e Bachelor Enlisted Quarters Regulation dated 7 February 2022 or about 12 August 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Charge V:  Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:  Wrongfully use Delta-9-Tetrahydrocannabinol on or about 20 July 2023.**

*Plea:* Not Guilty, excepting the figures "20 July 2023" and substituting the figures "4 July 2023" to the Specification as excepted and substituted, Guilty.[1]

*Finding:* Guilty.

---

[1] The Government withdrew and dismissed the language to which the Accused pleaded not guilty.

## SENTENCE

On 22 December 2022, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement**

*For Specification 5 of Charge I:*
confinement for 30 days.

*For Specification 7 of Charge I:*
confinement for 30 days.

*For the Specification of Charge II:*
confinement for 60 days.

*For the Specification of Charge III:*
confinement for 30 days.

*For Specification 1 of Charge IV:*
confinement for 30 days.

*For Specification 2 of Charge IV:*
confinement for 30 days.

*For the Specification V:*
confinement for 90 days.

The terms of confinement will be served concurrently with each other.

**Confinement for a total of 90 days.**

**A bad-conduct discharge.**

The Accused shall be credited with 6 days of pretrial confinement.

The Convening Authority suspended the bad-conduct discharge for six months from the Entry of Judgment, at which time, unless the suspension is sooner vacated, the suspended bad-conduct discharge will be remitted without further action.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court